IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLER EHRMAN LLP, | No. C 14-01238 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| FOLEY & LARDNER LLP, | |
| Defendant. / | |

Briefs on the <u>Jewel</u> issue of no more than 25 pages are to be filed by May 16, 2014. The parties should note that the Court has considered the briefs previously filed in this matter. Oral argument will be conducted on June 5, 2014 at 10:00 AM.

No continuances will be granted.

**IT IS SO ORDERED.**

Dated: May 5, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE